```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JON R. MORGAN, on behalf of himself and all
others similarly situated,

                                                Plaintiff,

                   -against-                          1:19-cv-6937-GHW

OSP HOLDINGS, LLC,                           ORDER

                                    Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     On August 13, 2019, counsel for Plaintiff filed a proposed order.  Dkt. No. 9.  The proposed order explains that he named the wrong defendant in this action.  With the proposed order, counsel for Plaintiff seeks to replace OSP Holdings, LLC with OSP Holdings, Inc. and to dismiss the lawsuit against OSP Holdings, LLC.

     The Court declines to endorse counsel for Plaintiff's proposed order.  Counsel for Plaintiff is directed to consult the Court's Individual Rules and, in particular, Individual Rule 1(F), which addresses proposed orders and stipulations.

     Counsel for Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

     SO ORDERED.

Dated: August 14, 2019
         New York, New York

                                                                _____
                                                                GREGORY H. WOODS
                                                           United States District Judge